No JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSIM BAYAT, an individual residing in the State of California;<br>POUPAK BAYAT, an individual residing in the State of California;<br>MITRA SANAI, an individual residing in the State of California, as beneficiary to the Estate of HOUSHANG SANAI; NACENT TRUST, a California irrevocable trust;<br><br>        Plaintiffs,<br><br>    vs.<br><br>LYNN DALE BOGART, an individual, et al.<br><br>        Defendants. | Case No.: 2:10-cv-07317-JFW-JCG<br><br>*Honorable John F. Walter*<br><br>**JUDGMENT**<br><br>**Pre-Trial Date: May 25, 2012**<br>**Trial Date: June 5, 2012** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered as follows:

Judgment is entered in favor of defendant CBRE, Inc. *formerly known as* CB Richard Ellis, Inc. and against plaintiffs Nassim Bayat, Poupak Bayat, Mitra Sanai, and the Nacent Trust, and each of them, as to each and every one of plaintiffs' claims including: (1) securities fraud, (2) fraud, (3) conversion, (4) unjust enrichment, (5) breach of contract, (6) breach of the covenant of good faith and fair dealing, and (7) conspiracy to commit fraud. Plaintiffs shall take nothing by way of their second amended complaint.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: May 30, 2012

_____
Honorable John F. Walter