1  MATTHEW D. GIRARDI (State Bar No. 239007)
2  **THE GIRARDI FIRM, LLP**
   1600 Rosecrans Ave., Media Center, 4th Floor
3  Manhattan Beach, California 90266
   **Matt@GirardiFirm.com**
4  Tel:   (310) 321-7656
5  Fax:   (310) 321-7657

6  Attorney for PLAINTIFFS

7
               **UNITED STATES DISTRICT COURT**
8
              **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11  NASSIM BAYAT, an individual residing in        )   **CASE NO.  CV10-7317 JFW**
    the State of California;                        )   **(JCGx)**
12  POUPAK BAYAT, an individual residing in         )
    the State of California;                        )   [Before the Hon. John F. Walter,
13  MITRA SANAI, an individual residing in the      )   United States District Court Judge,
14  State of California, as beneficiary to the      )   Department 16]
    Estate of HOUSHANG SANAI; and                   )
15  NACENT TRUST, a California irrevocable          )   **DEFAULT JUDGMENT**
16  trust,                                          )   **AGAINST DEFENDANTS LYNN**
                                                    )   **DALE BOGART, MICHELLE**
17                                                  )   **DALTON, AND LAW OFFICE**
                                                    )   **OF WAYNE GRONQUIST**
18                  Plaintiffs,                     )
19                                                  )
                                                    )
20          v.                                      )
                                                    )
21  LYNN DALE BOGART, an individual                 )
22  residing in the State of California;            )
    MICHELLE DALTON, an individual                  )
23  residing in the State of California;            )
    JOSEPH WILLIAM LEKAR, an individual             )
24  residing in the State of Arizona;               )
25  SIMON SHAW, an individual residing in           )
    Costa Rica;                                     )
26  WAYNE GRONQUIST, an individual                  )

27
    ─────────────────────────────────────────────────────────────
28  [PROPOSED] DEFAULT JUDGMENT
    AGAINST DEFENDANTS                          Case No: 2:10-cv-07317-JFW-JCG
                              1

residing in the State of Texas;            )
WAYNE GRONQUIST, PC, a Texas               )
professional corporation;                  )
The ESTATE OF WAYNE GRONQUIST, a           )
Texas Probate Estate, Travis County, Texas;)
FIRST FIDELITY GROUP, LTD, an entity       )
of unknown formation;                      )
FIRST FIDELITY ASSET GROUP, LLC, a         )
Nevada Limited Liability Corporation;      )
STEFAN MISIRACA, an individual residing    )
in the State of California;                )
FINITO ESCROW, LLC, a Delaware             )
Limited Liability Company;                 )
MAXUM SETTLEMENT, an entity of             )
unknown formation;                         )
CB RICHARD ELLIS, INC., a Delaware         )
corporation;                               )
DOUG MCKAY, an individual residing in      )
the State of California;                    )
DAVID EMMERSON, an individual              )
residing in the State of California;       )
WINDOMERE REALITY, an entity of            )
unknown formation;                         )
and                                        )
DOES 1 through 10, inclusive,              )
                                           )
                        Defendants.        )

WHEREAS Defendants Lynn Dale Bogart, Michelle Dalton, and Law Office of Wayne Gronquist have failed to plead or otherwise defend in the instant action;

AND WHEREAS default was entered against Defendant Lynn Dale Bogart in the captioned action on April 10, 2012; against Defendant Michelle Dalton on October 24, 2011; and against Defendant Law Office of Wayne Gronquist on November 3, 2011;

AND WHEREAS Defendants Lynn Dale Bogart, Michelle Dalton, and Law Office of Wayne Gronquist are not infants, incompetent persons, or persons in military service or otherwise exempt from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940;

Upon application of Plaintiffs and a review of the evidence in support of plaintiffs' application, and good cause being shown therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs in the captioned action recover of Defendants Lynn Dale Bogart, Michelle Dalton, and Law Office of Wayne Gronquist the following sums, for which they shall be jointly and severally liable:

    (a)    General damages of $861,000.00;

    (b)    Pre-judgment interest of $388,507.00;

    (c)    Attorneys' fees of $22,820, pursuant to Local Rule 55-3; and

    (d)    Costs according to proof.

This judgment is to be entered as of this date, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: July 11, 2012

_____
HON. JOHN F. WALTER
U.S. DISTRICT JUDGE